FILED

2025 Aug-20 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BTB: August 2025
GJ #1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br><br>      **v.** )<br><br>**ROBBYE CHRIS ROBERTS** ) | **Case No.** |

## <u>INDICTMENT</u>

### <u>COUNT ONE:</u>
*Possession with Intent to Distribute Methamphetamine*
**[21 U.S.C. § 841(a)(1) and (b)(1)(B)]**

The Grand Jury charges that:

On or about the 13th day of June 2025, in Cleburne County, within the Northern District of Alabama, the defendant,

### **ROBBYE CHRIS ROBERTS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, such offense involving five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(B).

### <u>COUNT TWO</u>
*Felon in Possession of a Firearm*
**[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 13th day of June 2025, in Cleburne County, within the

PFE/BTB: August 2025
GJ #17

Northern District of Alabama, the defendant,

**ROBBYE CHRIS ROBERTS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a **Mossberg 12 gauge shotgun, I.J. Target Seals .22 caliber pistol, KSA Cricket .22 caliber rifle, and a Marlin .22 caliber rifle,** and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Roberts was convicted on August 29, 2016, in the Circuit Court of Cleburne County of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2015-261, the said offense being a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1.  The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the offense charged in Counts One and Two of this Indictment, in violation of 18 U.S.C. § 922(g), the defendant, **ROBBYE CHRIS ROBERTS**, shall forfeit to the United States of America, pursuant to 18 U.S.C.

PFE/BTB: August 2025
GJ #17

§ 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved

in or used in the commission of the offenses, including, but not limited to:

- **Mossberg Model 88 12ga shotgun with Serial Number MV83922F**

- **I.J. Target Seals 8 .22LR SN: M70237**

- **KSA Crickett .22LR SN: 156083**

- **Marlin Model 25MN .22 LR SN: 02318753**

- **CBC Model SB 12 GA SN: C1345749**

**and any associated ammunition.**

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
BRITTANY T. BYRD
Assistant United States Attorney